Opinion by WALKER, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith it was held entitled to free entry as claimed.

**No. 48339.**—Protest 83432–K of Oceano Shipping Co., Inc. (New York).

Opinion by WALKER, J. When the protest was called for trial there was no appearance on behalf of the plaintiff and the case was thereupon ordered submitted. An examination of the official papers disclosed no reason for disturbing the action of the collector which was held presumptively correct. The protest was therefore overruled.

MAY 27, 1943

**No. 48340.**——Protests 53404–K, etc., of J. E. Bernard & Co., Inc., Government's application for rehearing denied.

**No. 48341.**——Protest 977778–G of R. W. Greeff & Co., Inc., C. D. 756. Plaintiff's application for rehearing denied.

BEFORE THE SECOND DIVISION, MAY 31, 1943

**No. 48342.**—Protest 92458–K of American Straw Goods Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the hats in question were held dutiable at 25 percent as not blocked or trimmed, and not bleached, dyed, colored, or stained, as claimed.

**No. 48343.**—Protest 98766–K of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the hats in question were held dutiable at 25 percent as not blocked or trimmed, and not bleached, dyed, colored, or stained, as claimed.

**No. 48344.**—Protest 957785–G of Henry Pollak, Inc. (Seattle).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the

hats in question were held dutiable at 25 percent as not blocked or trimmed, and not bleached, dyed, colored, or stained, as claimed.

**No. 48345.**—Protests 873476–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the hats in question were held dutiable at 25 percent under paragraph 1504 (b) (1), as claimed.

**No. 48346.**—Protests 531903–G, etc., of Samuels Hat Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) harvest hats imported or withdrawn from warehouse subsequent to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5) and those imported prior thereto were held dutiable at 25 percent under paragraph 1504 (b) (5). Protests sustained to that extent.

BEFORE THE FIRST DIVISION, JUNE 2, 1943

**No. 48347.**—Protest 69174–K of Louis Wolf & Co., Inc. (Seattle).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Pressner* v. *United States* (7 Cust. Ct. 106, C. D. 546). In accordance therewith the claim at 60 percent under paragraph 31 was sustained.

BEFORE THE THIRD DIVISION, JUNE 2, 1943

**No. 48348.**—Protest 85907–K of John H. Burns Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Abstract 47737 the protest was sustained as to this claim.

**No. 48349.**—Protest 974556–G of A. Paladini, Inc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the protest was sustained as to this claim.